**Deny and Opinion Filed October 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01124-CV

### IN RE THE SALES MOB, INC., AMBER JOHNSON, AND
### TRAVIS DELGADILLO, Relators

**Original Proceeding from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-15848**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is relators' September 16, 2019 petition for writ of mandamus challenging the trial court's January 30, 2019 discovery order and a subsequent July 5, 2019 order awarding sanctions and additional discovery. Relators contend the trial court abused its discretion in ordering the discovery and sanctions. To be entitled to mandamus relief, relators must show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief

sought).

/BILL PEDERSEN, III//
BILL PEDERSEN, III
JUSTICE

191124f.p05